1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@mission.legal

5  Attorneys for Plaintiff
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 5:17-cv-04417-NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JAMESGAIL, INC. dba ORD TERRACE LIQUOR, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez ("Plaintiff") and Defendants Jamesgail, Inc. dba Ord Terrace Liquor, Ku Hui Hong, and Kim Hyang Min Hong (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: April 10, 2018    MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Francisca Moralez

Dated: April 10, 2018    JK FIRM, APC

*/s/ Jean Kwon*
Jean Kwon
Attorney for Defendants,
Jamesgail, Inc. dba Ord Terrace Liquor, Ku Hui Hong, and Kim Hyang Min Hong

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Francisca Moralez

# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Francisca Moralez ("Plaintiff") and Defendants Jamesgail, Inc. dba Ord Terrace Liquor, Ku Hui Hong, and Kim Hyang Min Hong (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 11, 2018



Judge Nathanael M. Cousins

GRANTED